# Court of Appeals of the State of Georgia

ATLANTA,  February 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1106. TAMARA NOLAN v. MARQUEZ BURDETTE, SR.

After the trial court entered an order denying pro se plaintiff Tamara Nolan's motion to recuse, Nolan filed a notice of appeal. This Court, however, lacks jurisdiction.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994).

Because Nolan did not comply with the interlocutory appeal procedures, this Court lacks jurisdiction over this case, which is hereby DISMISSED



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/05/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*